UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHRIS CRAWFORD,

        Petitioner,               6:13-cv-01522-SU

        v.                              ORDER

GREG ROBERTS,

        Respondent.

AIKEN, District Judge.

    Respondent moves to deny the Petition and dismiss this proceeding as moot because the petitioner died on January 3, 2014, and the Psychiatric Review Board discharged petitioner from their jurisdiction on January 8, 2014 as a result. *See* Respondent's Motion to Dismiss (#20), Attachment A.  Under these circumstances, dismissal is appropriate. *See, eg.* Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005).; Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003).

    Respondent's Motion (#20) is allowed. Petitioner's Motion to Reconsider appointment of Counsel (#19) is denied as moot.

1 - ORDER

The Clerk of the Court is directed to enter a judgment dismissing this action.

DATED this 18 day of February, 2014.

Ann Aiken
United State District Judge

2 - ORDER